

FILED
July 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      RR
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | Case No: SA:25-CR-00414-FB |
|---|---|---|
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | **COUNT ONE:** 18 U.S.C. § 875(c) |
| | § | **(Interstate Communications)** |
| JAY ANTHONY VILLARREAL | § | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
[18 U.S.C. § 875(c)]

### Introduction

1.  On or about June 28, 2025, the Defendant, JAY ANTHONY VILLARREAL, stated "today was the day to drive to Washington D.C. and overthrow the government."

2.  On or about June 28, 2025 the Defendant obtained directions for the Federal Reserve in New York.

3.  On or about June 28, 2025, the Defendant sent a text from the Western District of Texas to a friend in the Northern District of Georgia, "It's on the way to the federal reserve….I plan to destroy their money-making machines."

4.  On or about June 28, 2025, the defendant, JAY ANTHONY VILLARREAL, left his home in Hondo, Texas with the intent to carry out an attack to violently overthrow the "Government."

5.  When he left his home, he was carrying three loaded firearms – an AR-15 semi-automatic assault weapon, a .45 caliber semi-automatic pistol, and a .9 mm semi-automatic pistol

1

– with extra loaded magazines and multiple boxes of ammunition for each gun. Villarreal also took a police scanner, binoculars, a bible, and the Texas Penal Code.

6. As part of his plan to overthrow the government, and while he was in the Western District of Texas, the defendant solicited fellow veterans to join him in his plan to violently overthrow the government stating amongst other things:

> Ladies and Gentlemen, it is time for us to stand up against all of this treason and tyranny that is going on in this country, the United States of America, this Republic was once great nation and now it is just a corporation run by enemies of the state. And I'm on my way alone to put an end to this, to begin the uprising…. Are you with me? ….
>
> Once those people that run our country, the Satanists, the Zionists, the awful people…. Come help me stand up to the Government….
>
> To my fellow veterans, who joined the service for some action, to go kill some motherfuckers, now's your chance and it's on your home turf, for your home turf. So what are you waiting for? Something to happen? Cause it's right now. Right now it's happening. No more waiting. No more talking and planning. That's all we've been doing for the past fucking who knows how long this has been going on? They've been taking chains from our leash bit by bit. What are you waiting for?
>
> To my fellow veterans, who served and saw action, who dropped bodies, because they were told to do so. Now do it for yourself. Don't do it because some fat cat in a big comfy chair directed your commanding officer or whoever to tell you to go to some foreign fuckoff land to go drop some bodies for them, for their personal goals.
>
> It has come to my attention that many of you do not think that I am serious about all of this. I just have one question, why aren't you serious? Why aren't you gearing up right now to come with me to go fuck some shit up and to get our freedoms back? What our founding fathers died for, or so they say. And besides the Fourth or July, the day we officially got our independence from tyranny, mind you is coming up. So what better way to honor those who gave their lives for our freedoms then rising up and taking those freedoms back….

### The Charge

On or about June 28, 2025, the Defendant,

**JAY ANTHONY VILLARREAL,**

2

did knowingly transmit in interstate commerce from the Western District of Texas to the District of Maryland, and elsewhere, communications which viewed together, contained a threat to injure the person of another as set forth in the Introduction, for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Interstate Communications Violation and Forfeiture Statutes
[Title 18 U.S.C. § 875(c), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1) made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in . . . any violation of any other criminal law of the United States, namely, Title 18 U.S.C. § 875(c), . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

1. AR15 5.56mm style rifle;
2. Glock 21, .45 caliber pistol; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the

commission of the criminal offense.

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

_____
 For MARK T. ROOMBERG
Assistant United States Attorney